AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

EASTERN DISTRICT OF KENTUCKY
FILED
NOV 05 2025
EDWARD B. ATKINS
U.S. Magistrate Judge

| | |
|---|---|
| United States of America<br>v.<br>Charles M. Hopkins<br><br>*Defendant(s)* | Case No. 7:25-MJ-16-EBA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 6th, 2025** in the county of **Pike** in the **Eastern** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Matthew Haynes by EBA with permission*
Complainant's signature

FBI SA Matthew T. Haynes
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/4/2025

City and state: Frankfort, Ky

Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge
Judge's signature

U.S. Magistrate Judge Edward B. Atkins
Printed name and title